UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FILED
December 7, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

**JUDGMENT IN A CIVIL CASE**

ANDREW SPRINGMEYER,

    Plaintiff,                      CIV S-09-1231 FCD DAD

    v.

AUBURN PETROLEUM INC., and
BALJIT SINGH.,

    Defendant.

IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT, AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFF, FILED WITH THE COURT ON DECEMBER 4, 2009.**

                                            Victoria C. Minor,
                                            Clerk of the Court

ENTERED:   December 7, 2009

                                        by:_____/s/_____
                                          Michele Krueger,
                                          Courtroom Deputy